TED DANIEL WOOD, SBN191768
**VITALE & LOWE**
11290 Pyrites Way, Suite 210
Rancho Cordova, CA  95670-6338
Telephone:  916-851-3750
Facsimile:    916-851-3770

Counsel for Defendant
SFM, LLC, a Delaware LLC, as successor
in interest to Sprouts Farmers Markets, LLC

UNITED STATES DISTRICT COURT
FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| SAMANTHA WENZL,<br><br>    Plaintiff<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP.;<br>SUNFLOWER FARMERS MARKET;<br>SPROUTS FARMERS MARKETS, LLC;<br>and DOES 1 through 500,<br><br>    Defendants. | **Case No.** 2:13-CV-01528-MCE-KJN<br><br>STIPULATION TO SET ASIDE DEFAULT OF SPROUTS FARMERS MARKETS, LLC AND ALLOW THE FILING OF AN ANSWER BY SFM, LLC, A DELAWARE LLC, AS SUCCESSOR IN INTEREST TO SPROUTS FARMERS MARKETS, LLC TO THE COMPLAINT<br><br>COMPLAINT FILED:  JULY 25, 2013<br>TRIAL DATE:  NONE |
| SFM, LLC, a Delaware LLC, as successor<br>in interest to Sprouts Farmers Markets, LLC,<br><br>    Cross-Claimant,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP.; and<br>ROES 1 through 20,<br><br>    Cross-Defendants. | |

Whereas, on July 25, 2013, Plaintiff filed her original Complaint in this action;

Whereas, on October 8, 2013, Plaintiff filed a Request for Entry of Default as to SPROUTS FARMERS MARKETS, LLC;

1

Whereas on October 9, 2013, the Clerk of the Court entered default against SPROUTS FARMERS MARKETS, LLC;

Whereas SPROUTS FARMERS MARKETS, LLC was dissolved on December 6, 2011;

Whereas Defendant SFM, LLC, A DELAWARE LLC, AS SUCCESSOR IN INTEREST TO SPROUTS FARMERS MARKETS, LLC has requested Plaintiff set aside the default taken against SPROUTS FARMERS MARKETS, LLC to permit the successor-in-interest to file an Answer in this case;

Whereas Plaintiff has agreed to request this Court set aside the default entered by the Clerk on October 9, 2013 be set aside immediately to allow the filing of the Answer and Cross-Claim of Defendant SFM, LLC, A DELAWARE LLC, AS SUCCESSOR IN INTEREST TO SPROUTS FARMERS MARKETS, LLC within ten days after the entry of the Order on this Stipulation;

Accordingly, Plaintiff and Defendant SFM, LLC, A DELAWARE LLC, AS SUCCESSOR IN INTEREST TO SPROUTS FARMERS MARKETS, LLC, having conferred via email, DO HEREBY STIPULATE that the default entered by the Clerk against SPROUTS FARMERS MARKES, LLC on October 9, 2013 be set aside and that Defendant SFM, LLC, A DELAWARE LLC, AS SUCCESSOR IN INTEREST TO SPROUTS FARMERS MARKETS, LLC be permitted to file an Answer and Cross-Claim within ten days after entry of the Order on this Stipulation.

Respectfully submitted,

DATED: November ___, 2013

_____
JOHN C. MILLER, JR.
Counsel for Plaintiff

DATED: November ____, 2013

_____
TED DANIEL WOOD
Counsel for Defendant/Cross-complainant
SFM, LLC, a Delaware LLC, as successor
in interest to Sprouts Farmers Markets, LLC

2

**ORDER**

Pursuant to the parties' stipulation to set aside the default entered against SPROUTS FARMERS MARKETS, LLC, by the Clerk of the Court on October 9, 2013, to allow for the filing of an Answer by the successor-in-interest, the default entered against SPROUTS FARMERS MARKETS, LLC by the Clerk of the Court on October 9, 2013 is hereby set aside.  It is further ORDERED Defendant shall have ten (10) calendar days from the date of service of this Order to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:  January 13, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

3