DOUGLAS G. MACKAY, SBN 130532
**VITALE & LOWE**
11290 Pyrites Way, Suite 210
Rancho Cordova, CA  95670
Telephone:   916-851-3750
Facsimile:   916-851-3770
E-Mail: Douglas.MacKay@ZurichNA.com

Counsel for Defendant
SFM, LLC, a Delaware LLC, as successor
in interest to Sprouts Farmers Markets, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA WENZL,<br><br>  Plaintiff<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS CORP.;<br>SUNFLOWER FARMERS MARKET;<br>SPROUTS FARMERS MARKETS, LLC; and<br>DOES 1 through 500,<br><br>  Defendants. | **Case No. 2:13-CV-01528-MCE-KJN**<br><br>**ORDER OF DISMISSAL**<br><br><br>ACTION FILED:   JULY 25, 2013<br>TRIAL DATE:    NOT YET ASSIGNED |

This Court, having been apprised of SFM, LLC, a Delaware LLC, as successor in interest to Sprouts Farmers Markets, LLC ("SPROUTS'") nullified indemnification claim made against Cargill Meat Solutions Corporation ("CARGILL"), and SPROUTS' request Order Dismissing their Cross-Claim against Cross-Defendant CARGILL with prejudice, good cause appearing, hereby orders:

///

///

///

///

1. SPROUTS' Cross-Claim against CARGILL is hereby dismissed with prejudice, with each party bearing their own costs and attorney's fees.
2. Plaintiff's case in chief remains ongoing.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT