JOHN C. MILLER, JR., #143323
**MILLER LAW, INC.**
A Professional Law Corporation
MAILING ADDRESS:
Post Office Box 700
Folsom, California 95763-0700
Phone: (916) 351-1200
Fax: (916) 351-1244
Email:  jmiller@millerlawinc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA WENZL,<br><br>　　　Plaintiff,<br><br>v.<br><br>CARGILL MEAT SOLUTIONS CORP.;<br>SUNFLOWER FARMERS MARKET;<br>SPROUTS FARMERS MARKETS, LLC;<br>and DOES 1 through 500,<br><br>　　　Defendants. | CASE NO. 2:13-cv-01528-MCE-KJN<br><br><br>**ORDER DISMISSING ENTIRE ACTION** |

The Court having reviewed the Request for Dismissal submitted in this matter and good cause appearing therefore:

Defendant Cargill Meat Solutions Corp. and Defendants/Cross-Complainant SFM, LLC, a Delaware LLC, as successor in interest to Sprouts Farmers Markets, LLC, are hereby dismissed from this action, with prejudice, each to bear its own fees and costs.  Since the matter is now concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  April 19, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT